UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*Rung by enn*
*04-04-11*
*Receipt # 192900*

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| JULIE A LUHNING | |
| Debtor(s) | CASE NO. BKY 06-40308 RJK |

RECEIVED 11 APR -4 AM 9:3... U.S. BANKRUPTCY COURT MINNEAPOLIS MN

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to CITIFINANCIAL in the amount of $59.28, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| CITIFINANCIAL | 4 | $59.28 |
| PO BOX 70913 | | |
| CHARLOTTE, NC 28272-0913 | | |

ACCOUNT NUMBER:
1748

**Jasmine Z. Keller, Trustee**

Dated: April 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee